| NatlNum | NatlName | ShipNum | ShipName | InvNum | BillDate | InvDueDate | InvoiceAmt | OpenAmt |
|---|---|---|---|---|---|---|---|---|
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943504 | 12/13/2014 | 1/3/2015 | 38161.2 | 38,161.20 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X504 | 12/13/2014 | 1/3/2015 | 107981.46 | 107,981.46 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943514 | 12/20/2014 | 1/10/2015 | 41731 | 41,731.00 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69514 | 12/20/2014 | 1/10/2015 | 1393.1 | 1,393.10 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X514 | 12/20/2014 | 1/10/2015 | 116594.48 | 116,594.48 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943524 | 12/27/2014 | 1/17/2015 | 31462.08 | 31,462.08 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69524 | 12/27/2014 | 1/17/2015 | 1047.04 | 1,047.04 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X524 | 12/27/2014 | 1/17/2015 | 74252.32 | 74,252.32 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943015 | 1/3/2015 | 1/24/2015 | 11317.67 | 11,317.67 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69015 | 1/3/2015 | 1/24/2015 | 1166.95 | 1,166.95 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X015 | 1/3/2015 | 1/24/2015 | 23534.69 | 23,534.69 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943025 | 1/10/2015 | 1/31/2015 | 23770.05 | 23,770.05 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69025 | 1/10/2015 | 1/31/2015 | 2625.31 | 2,625.31 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X025 | 1/10/2015 | 1/31/2015 | 31432.22 | 31,432.22 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X035 | 1/17/2015 | 2/7/2015 | 25781.98 | 25,781.98 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943035 | 1/17/2015 | 2/7/2015 | 18966.81 | 18,966.81 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69035 | 1/17/2015 | 2/7/2015 | 2238.91 | 2,238.91 |
| 1167285010 | SKYMALL | E85E69 | SKYMALL RETURNS | 0000E85E69045 | 1/24/2015 | 2/14/2015 | 1486.08 | 1,409.45 |
| 1167285010 | SKYMALL | R2224X | SKYMALL | 0000R2224X045 | 1/24/2015 | 2/14/2015 | 29054.54 | 28,160.41 |
| 1167285010 | SKYMALL | 9Y2943 | SKYMALL | 00009Y2943045 | 1/24/2015 | 2/14/2015 | 7045.8 | 6,458.91 |
| | | | | | | | | **589,486.04** |